UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| **RUSTY BRITTAIN** and **RICHARD TOWNSEL**, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DIALAMERICA MARKETING, INC.**, a corporation,<br><br>Defendant. | Case No: 2:23-cv-20579<br><br>Hon. Kevin McNulty<br><br>Mag. Jose R. Almonte<br><br><br>**ORDER** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Rusty Brittain and Richard Townsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant DialAmerica Marketing, Inc. Defendant has not served an answer or motion for summary judgment. This dismissal is without prejudice and without costs or fees to any party.

Dated: November 2, 2023          Respectfully Submitted,

/s/ Jason T. Brown
Jason T. Brown
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
jtb@jtblawgroup.com

Jason J. Thompson (*pro hac vice*)
Alana A. Karbal (*pro hac vice* forthcoming)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076

1

Telephone: 248-355-0300
jthompson@sommers.com
akarbal@sommerspc.com

*Attorneys for Plaintiffs and the Putative Class/Collective Action Members*

**SO ORDERED.**

**Date: November 30, 2023**

<u>*/s/Brian R. Martinotti*</u>
**United States District Judge**